IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| HERMAN WEBB, SR. , | * |
| Plaintiff, | * |
| v. | Case No.  1:13-CV-137(WLS) |
| | * |
| JUDGE BILL REINHART , | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 29, 2013, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 29th day of October, 2013.

                                                         Gregory J. Leonard, Clerk

                                                       s/ Wanda K. Sanders, Deputy Clerk